**Appeal Dismissed and Memorandum Opinion filed February 8, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-21-00706-CR

---

## MARVIN CUNNINGHAM, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from County Criminal Court at Law No. 9**
**Harris County, Texas**
**Trial Court Cause No. 2322259**

---

## MEMORANDUM OPINION

Appellant entered a guilty plea to violation of a protective order. In accordance with the terms of a plea bargain agreement with the State, the trial court assessed punishment at confinement for ninety days in the Harris County Jail. We dismiss the appeal.

The trial court signed a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is

included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005). On January 10, 2021, this court notified the parties that the appeal would be dismissed for lack of jurisdiction unless a party demonstrated that the court has jurisdiction. No response has been received.

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices Wise, Poissant and Wilson.
Do Not Publish — Tex. R. App. P. 47.2(b)